Submitted on remand from the Oregon Supreme Court November 30, 2012, affirmed January 9, 2013

In the Matter of the Compensation of
Terri L. Preston, Claimant.

## SAIF CORPORATION;
and DCI Holdings, Inc.,
*Petitioners,*

*v.*

## Terri L. PRESTON,
*Respondent.*

Workers' Compensation Board
0901227; A144676

295 P3d 682

David L. Runner for petitioners.

Matthew L. Roy and Dunn & Roy for respondent.

Before Schuman, Presiding Judge, and Wollheim, Judge, and Nakamoto, Judge.

PER CURIAM

## PER CURIAM

Like *SAIF v. Haley*, 254 Or App 410, 296 P3d 560 (2012), this case is on remand from the Supreme Court. *SAIF Corporation v. Preston*, 352 Or 564, 291 P3d 736 (2012). In our earlier decision, 242 Or App 571, 256 P3d 160 (2011), we held that claimant was not entitled to an insurer-paid attorney fee under ORS 656.382(2) (2007)[1] because, although SAIF had at one point challenged her entitlement to permanent partial disability and she ultimately prevailed, she did not prevail at the same hearing that considered SAIF's challenge; rather, she prevailed at a subsequent hearing before the Workers' Compensation Board. We relied on our decision in *SAIF v. DeLeon*, 241 Or App 614, 251 P3d 794 (2011). The Supreme Court has now reversed that decision, *SAIF v. DeLeon*, 352 Or 130, 282 P3d 800 (2012), and held that the claimant in that case was entitled to insurer-paid attorney fees because she *ultimately* prevailed after the insurer had challenged her award at an *earlier* stage—the same circumstances as here. On remand, therefore, we reinstate the Workers' Compensation Board order and the insurer-paid attorney fees that the board awarded. *Accord Haley*, 254 Or App at 411-12.

Affirmed.

---

[1] ORS 656.382(2) (2007) provides, in part:

"If a request for hearing * * * is initiated by an employer or insurer, and the * * * board * * * finds that the compensation awarded to a claimant should not be disallowed or reduced, the employer or insurer shall be required to pay to the claimant or the attorney of the claimant a reasonable attorney fee * * * for legal representation by an attorney for the claimant at and prior to the hearing * * *."